

ORIGINAL

FILED

11/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0558

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0558

TYREE KILO SELAGE,

Petitioner,

v.

TOM GREEN,
Warden, Dawson County Correctional Facility,
Glendive,

Respondent.

FILED

NOV 10 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Tyree Kilo Selage has filed a Petition for Writ of Habeas Corpus with this Court and includes copies of his sentencing judgment and sentence calculations. Selage requests credit for time served. Upon review of his Petition, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for writ of habeas corpus together with any appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 10th day of November, 2021.

_____
Justice